Ray BROWN *v.* STATE of Arkansas

RC 88-8                                          745 S.W.2d 627

Supreme Court of Arkansas
Opinion delivered March 21, 1988

*James W. Haddock*, for appellant.

No response.

PER CURIAM. ■ Petitioner has filed for a rule on the clerk. However, we find that the motion is actually a motion for a belated appeal, and, treating it for what it really is, we grant the motion for a belated appeal.